Decision Per Curiam.

---

William Moore Angas and Charles H. Booker, Appellants, vs. Walter Overstreet and Jonathan C. Greeley *et al.,* Appellees.

## DIVISION B.

Appeal from the Circuit Court, Duval county; R. M. Call, Judge.

*John T. Walker,* for Appellants.

*William B. Young,* for Appellees.

The bill in this cause was filed by the appellants against the appellees. There was decree for the defendants, and the complainants appeal. The decree is affirmed.